**MARLIN & SALTZMAN, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
29229 Canwood Street, Suite 208
Agoura Hills, California   91301
Telephone:  (818) 991-8080
Facsimile:   (818) 991-8081
mbradley@marlinsaltzman.com
kgrombacher@marlinsaltzman.com

CLOSED

**ADAMS LAW**
Christine M. Adams, Esq. (SBN 200395)
510 State Street, Suite 265
Santa Barbara, California   93101
Telephone:  (805) 845-9630
Facsimile:   (805) 845-9634
christine@adamsemploymentlaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS DANIEL, individually and on behalf of all others similarly situated,<br><br>               Plaintiff ,<br><br>v.<br><br>PSAV LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>               Defendants. | **CASE NO. CV14-08592 R (JEMx)**<br>(Assigned to Hon. Manuel L. Real)<br><br>**CLASS ACTION**<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)]** |

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED that this action shall be dismissed with prejudice in its entirety, including all claims, each party to pay its own costs and fees.  IT IS SO ORDERED.

DATED:  February 6, 2015

Hon. Manuel L. Real
United States District Judge

1

ORDER On Joint Stipulation of Dismissal
Case No. 14-CV-08592-R